IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01638-DME-KLM

LAURIE PACHL,

    Plaintiff,

v.

EAST CENTRAL BOCES, and
STRASBURG SCHOOL DISTRICT,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Response to Minute Order [and] Motion for Additional Time** [#18] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1(a), which provides as follows:

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience, the Court addresses the merits of the Motion. Plaintiff, who proceeds as a pro se litigant, asks for additional time through January 31, 2016, in which to respond to the pending Motions to Dismiss [#7, #8]. Plaintiff states that she was not aware of the Motions to Dismiss until the Court ordered her to file Responses. However, Plaintiff has unequivocally been aware of the Motions since no later than mid-December, and considering the age of the Motions to Dismiss, which were filed on August 31, 2015, Plaintiff's requested extension is too long. The Court therefore only grants Plaintiff's request in part. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED in part**. The deadline for Plaintiff to file Responses to the Motions to Dismiss [#7, #8] is extended to **January 19, 2016**. **No further extensions will be granted absent exceptional circumstances**.

    Dated: January 5, 2016